UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Specialized Loan Servicing LLC,
as servicer for MEB Loan Trust VII
R.A. LEBRON, ESQ.
SLS314
bankruptcy@fskslaw.com

| In Re:<br><br>HAK JAE LIM<br><br> Debtor(s). | Case No.: 22-16456 MBK<br><br>Chapter: 13<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |
|---|---|

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Specialized Loan Servicing LLC, as servicer for MEB Loan Trust VII. This party is a party in interest in this case pursuant to a mortgage dated June 20, 2007 and recorded in the Office of the MIDDLESEX County Clerk/Register on July 10, 2007 in Mortgage Book 12475, Page 330, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                          Counsellors at Law
                          7 Century Drive - Suite 201
                          Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                        Attorneys for Specialized Loan Servicing
                                        LLC, as servicer for MEB Loan Trust VII

Dated: September 16, 2022        By: /s/ R.A. Lebron, Esq.
                                                    R.A. LEBRON, ESQ.

Case No.: 22-16456 MBK